# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISON

| | | |
|---|---|---|
| FELESIA HAMILTON, TASHARA CALDWELL, BRENDA JOHNSON, ARRISHA KNIGHT, JAMESINA ROBINSON, DEBBIE STOXSTELL, FELICIA SMITH, TAMEKA ANDERSON-JACKSON and TAMMY ISLAND, | § § § § § § § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 3:20-cv-00313-N |
| v. | § § | JURY TRIAL DEMANDED |
| DALLAS COUNTY d/b/a DALLAS COUNTY SHERIFF'S DEPARTMENT, | § § § § § | |
| *Defendant*. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is given that Plaintiffs, Felesia Hamilton, Tashara Caldwell, Brenda Johnson, Arrisha Knight, Jamesina Robinson, Debbie Stoxstell, Felicia Smith, Tameka Anderson-Jackson and Tammy Island, hereby appeal to the Fifth Circuit Court of Appeals from the December 1, 2020 Memorandum Opinion and Order granting Defendant's Motion to Dismiss and the January 14, 2021 Final Judgment issued by the Northern District of Texas Dallas Division Court dismissing this action with prejudice.

Dated: February 15, 2021

Respectfully submitted,

_____
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
David Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Ellwanger Law LLLP
400 S. Zang Blvd., Ste. 1015
Dallas, Texas 75208
Telephone: (469) 998-6775
Facsimile: (469) 998-6775

James A. Vagnini
N.Y. State Bar No. 2958130
*Admitted pro hac vice*
jvagnini@vkvlawyers.com
Monica Hincken
N.Y. State Bar No. 5351804
*Admitted pro hac vice*
mhincken@vkvlawyers.com
Valli Kane & Vagnini LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

**COUNSEL FOR PLAINTIFF**